**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | ROBERT C. BRACE, | : | Chapter 13 |
| | | : | |
| | Debtor | : | Bky. No. 16-10531 ELF |

# O R D E R

**AND NOW,** by Order dated **February 22, 2016**, the court having dismissed the above bankruptcy case;

**AND**, the court having scheduled a hearing on **March 1, 2016** to consider whether an order should be entered prohibiting the Debtor from refiling any future bankruptcy cases without prior court permission;

**AND**, the Debtor having failed to appear at the hearing;

It is hereby **ORDERED** that:

1. The Debtor is **PROHIBITED** from filing another bankruptcy case without first filing a **MOTION** docketed in this bankruptcy case requesting, **and then obtaining**, LEAVE OF COURT to file the new case.

2. In the event that the Debtor attempts to file a bankruptcy case in violation of this order, **THE CLERK IS INSTRUCTED NOT TO DOCKET THE BANKRUPTCY PETITION**, but instead to deliver the papers immediately to the assigned bankruptcy judge for appropriate action.

**Date: March 1, 2016**

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**

cc: Robert C. Brace
124 Heacock Lane
Wyncote, PA 19095